IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATTI HOWARD, | ) ) ) Honorable Harry D. Leinenweber |
| Plaintiff, | ) ) ) |
| vs. | ) Magistrate Judge Maria Valdez ) |
| ALTA COLLEGES, INC., WESTWOOD COLLEGE, INC., and ELBERT, INC. d/b/a WESTWOOD COLLEGE, | ) ) Case No. 1:11-cv-02696 ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE AS TO RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES, AND FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST RELATOR**

Defendants, Alta Colleges, Inc., Westwood College, Inc. and Elbert, Inc. d/b/a Westwood College (collectively, "Westwood" or "Defendants"), by their attorneys, respectfully request that the Court dismiss the above-entitled case with prejudice as to Relator and enter final judgment in favor of Defendants and against Relator. Defendants also respectfully request that the Court dismiss the case without prejudice as to the United States, and represent that the United States does not take a position as to this Motion. In support hereof, Defendants state as follows:

1. On April 22, 2011, Relator filed this case [Doc. No. 2].

2. On December 13, 2011, the United States filed its Notice Of Election To Decline Intervention [Doc. No. 6].

3. On December 13, 2011, the Court entered its Order lifting the seal on, among other things, the Complaint [Doc. No. 8].

1

4. A Summons was issued on April 10, 2012, and the Complaint was served on April 11, 2012.

5. Defendants filed the Motion To Dismiss Complaint and Memorandum In Support thereof on June 1, 2012 [Doc. Nos. 31 & 32].

6. Relator filed her Response to the Motion To Dismiss on July 6, 2012 [Doc. No. 39]. The United States also filed its Statement Of Interest In Opposition To Certain Arguments Raised In Defendants' Motion To Dismiss on July 6, 2012 [Doc. No. 38].

7. On July 13, 2012, Defendants filed their Reply Brief in support of the Motion To Dismiss [Doc. No. 41].

8. The Court granted Defendants' Motion To Dismiss without prejudice on August 13, 2012 [Doc. No. 42], and gave Relator until August 23, 2012, to file an Amended Complaint.

9. Relator moved for an extension of time to file an Amended Complaint on August 21, 2012 [Doc. No. 45]. Defendants filed an objection on August 22, 2012 [Doc. No. 47]. Relator then filed a "corrected" motion for extension on August 22, 2012 [Doc. No. 48].

10. On August 23, 2012, the Court extended the time by which Relator was required to file an Amended Complaint to September 6, 2012 [Doc. No. 49].

11. Relator failed to and has not filed an Amended Complaint.

12. On Friday, September 7, 2012, at around 10 a.m. Mountain time, Kevin D. Evans, one of the attorneys for Defendants, called and spoke with Jay D. Majors in the United States Department of Justice Civil Division. Mr. Majors said that the United States takes no position with respect to this motion to dismiss with prejudice and entry of final judgment against Relator, and motion to dismiss without prejudice as to the United States.

WHEREFORE, Defendants respectfully request that this Court enter an order:

a. Dismissing this case with prejudice as to and entering final judgment against Relator; and

b. Dismissing this case without prejudice as to the United States.

Dated: September 10, 2012.

Respectfully submitted,

STETLER, DUFFY & ROTERT, LTD.

By: *s/Joseph J. Duffy*

Joseph J. Duffy
William P. Ziegelmueller
10 S. LaSalle St., Suite 2800
Chicago, IL 60603
Telephone: 312.338.0200
Facsimile: 312.338.0070
Email: jduffy@sdrlegal.com
bziegel@sdrlegal.com

and

STEESE, EVANS & FRANKEL, P.C.

By: *s/Kevin D. Evans*

Kevin D. Evans
6400 S. Fiddlers Green Circle
Suite 1820
Denver, CO 80111
Telephone: 720.690.3258
Facsimile: 720.690.0679
Email: kdevans@s-elaw.com

Attorneys for Defendants,
ALTA COLLEGES, INC.,
WESTWOOD COLLEGE, INC., and
ELBERT, INC. d/b/a WESTWOOD COLLEGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2012, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE AS TO RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES, AND FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST RELATOR** with the Clerk of the Court using the CM/ECF system, which will send notification of the electronic filing to the following attorneys of record:

Jason R. Craddock
29 S. LaSalle
Suite 440
Chicago, IL 60603
Telephone:   312.629.2818
Facsimile:   312.629.2819
Email:   captain1970@thelifeline.net

Abigail Peluso
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604
Telephone:   312.353.5342
Email:   abigail.peluso@usdoj.gov

Jay D. Majors
Michael D. Granston
Renee Brooker
Department of Justice Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Telephone:   202.307.0264
Facsimile:   202.514.0280
Email:   Jay.Majors@usdoj.gov

*s/Theresa Baksay*

Theresa Baksay

4