**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | |
|---|---|
| <u>United States ex rel. Howard</u> , <br><br> Plaintiff-Relator, <br><br> v. <br><br> <u>Alta Colleges, Inc., Westwood College, Inc., Elbert College d/b/a Westwood College;</u> <br><br> <u>Defendants.</u> | Civil Action No. 1:11-cv-2696 <br><br> Judge Harry D. Leinenweber <br><br> Originally Filed Under Seal pursuant to 31 U.S.C. §3730(b)(2) |

**Notice of Voluntary Dismissal**

Plaintiff-Relator, Patti Howard, by her undersigned counsel, having obtained consent from the United States, and as no answer or summary judgment motion has been filed by Defendants, hereby voluntarily dismisses, pursuant to Fed.R.Civ.P. 41(a)(1), all pending claims in this action without prejudice.


___s/ Jason R. Craddock___
Jason R. Craddock
Attorney at Law
29 S. LaSalle--Suite 440
Chicago, Illinois 60603
Phone: 312/629-2818
Fax: 312/629-2819
captain1970@thelifeline.net

2

Certificate of Service

The foregoing Notice and the Motion it references in this cause were both served on September 12, 2012 via this Court's CM/ECF system of electronic filing and/or U.S. Mail and/or hand delivery which will cause service to be had upon all counsel of record who have appeared in this matter.

s/ Jason R. Craddock

2